NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SHELIA WINSETT**,
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS**,
*Respondent-Appellee.*

———————————

2013-7086

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2664, Judge Alan G. Lance Sr.

———————————

**ON MOTION**

———————————

**O R D E R**

Sheila Winsett moves for leave to proceed in forma pauperis.

We note that the United States Court of Veterans Claims permitted Ms. Winsett to proceed in forma pauperis. Thus she may proceed in forma pauperis on appeal without further authorization, and her motion is moot.  Fed. R. App. P. 24(a)(3); Fed. Cir. R. 1(a)(1)(D).

SHELIA WINSETT V. SHINSEKI                                              2

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot.  No fee payment is required for this appeal.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s23